**Order entered July 1, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00147-CR
No. 05-15-00148-CR

**ROBERT EARL MARZETT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-83796-2014 & 001-83797-2014**

## ORDER

Appellant's second motion to extend the time to file a motion for rehearing is **GRANTED** and the deadline for appellant to file a motion for rehearing, previously extended by this Court to June 24, 2016, is extended to June 29, 2016. Appellant's motion for rehearing, received on June 28, 2016, is hereby ordered filed.


/s/  LANA MYERS
    JUSTICE